UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MOTORIST MUTUAL          :    **3:20-CV-00168**
INSURANCE COMPANY,       :
                         :
        Plaintiff,       :    (Magistrate Judge Schwab)
                         :
    v.                   :
                         :
SIMPLEX INDUSTRIES, INC. *et al.*,   :
                         :
        Defendants.      :
                         :

## ORDER
July 22, 2022

In early June the parties reported to the undersigned's courtroom deputy that they have settled this case and are preparing a stipulation of dismissal.  We have not heard from them since, and they have not filed a stipulation of dismissal.  Based on the foregoing, **IT IS ORDERED** that unless a stipulation of dismissal is filed before then, the parties shall file, on or before **August 5, 2022**, a joint report on the status of the settlement.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge