UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY | : | DOCKET NO. 3:20−CV−00168−RDM |
| | : | |
| v. | : | DECLARATORY JUDGMENT |
| | : | |
| SIMPLEX INDUSTRIES, INC. | : | CIVIL ACTION |

## STIPULATION TO SETTLE AND DISMISS

Plaintiff Motorist Mutual Insurance Company and Defendant Simplex Industries, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, counterclaims, and parties, with each party bearing that party's own attorney's fees and costs.

BILLET & ASSOCIATES, LLC

By: /s/ Robert Douglas Billet
_____
ROBERT DOUGLAS BILLET, ESQUIRE
PA Atty ID 38430

2000 Market Street, Suite 2803
Philadelphia, PA  19103-3201
215-496-7500/fax 7505
rbillet@billetlaw.com

Attorney for plaintiff Motorists Mutual Insurance Company

                    MEY & SULLA, LLP

              /s/ Michael R. Mey
By:_____
     MICHAEL R. MEY, ESQUIRE
     Attorney for defendant Simplex Industries, Inc.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY | : | DOCKET NO. 3:20−CV−00168−RDM |
| | : | |
| v. | : | DECLARATORY JUDGMENT |
| | : | |
| SIMPLEX INDUSTRIES, INC. | : | CIVIL ACTION |

### CERTIFICATION OF CONSENT FOR ELECTRONIC SIGNATURE

I, Robert Douglas Billet, hereby certify that all conformed signatures in this e-filed document are signed with the consent of the signor.

BILLET & ASSOCIATES, LLC

By: /s/ Robert Douglas Billet
ROBERT DOUGLAS BILLET, ESQUIRE
PA Atty ID 38430

2000 Market Street, Suite 2803
Philadelphia, PA  19103-3201
215-496-7500/fax 7505
rbillet@billetlaw.com

Attorney for plaintiff Motorists Mutual Insurance Company